COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:       01-13-00686-CV

Style:              In re Melony A. Malone

Date motion filed:     August 12, 2013

Type of motion:       Motion for Temporary Emergency Relief

Party filing motion:    Relator

Document to be filed:

Ordered that motion is:

        ☐      Granted
              If document is to be filed, document due: _____

              ☐    The Clerk is instructed to file the document as of the date of this order
              ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☑      Denied

        ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      Relator's "Motion for Temporary, Emergency Relief" is denied. The motion contains no certificate of compliance as required by Tex. R. App. P. 52.10(a); instead it contains only a certificate of service indicating service by "certified mail, return receipt requested." Moreover, the motion does not seek temporary relief as contemplated by the rule; it asks for the full measure of relief requested by the mandamus petition itself. Accordingly, Relator's motion is DENIED.

Judge's signature: /s/ Michael Massengale_____
                       ☑ Acting individually

                   Panel consists of .

Date: **August 13, 2013**

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).